

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

August 13, 2026

<u>Via ECF</u>
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:  *Cahuana Machasilla v. Soto, et al.*, No. 26-cv-10228 (RK)
>       **Petitioner's Release from Custody**

Dear Judge Kirsch:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to Your Honor's August 12, 2026 Order, ECF 3, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner was released from immigration custody at Delaney Hall Detention Facility on August 12, 2026, at 11:30 p.m.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Christian H. Carrara*
      CHRISTIAN H. CARRARA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   Counsel of record (via ECF)

It is ordered that this case shall be marked CLOSED.

Robert Kirsch, U.S.D.J.
DATE: <u>August 13, 2026</u>